**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**TINA SCOTT**                                                                                                    **PLAINTIFF**

**VERSUS**                                                                      **CIVIL ACTION 3:20-cv-590-DPJ-FKB**

**PAT SALMON & SONS, INC.,** *et. al.*                                                         **DEFENDANT**

## CERTIFICATE OF CONSENT TO FILE INTERVENING COMPLAINT

I hereby certify that I have conferred with all counsel of record and have provided them with the Motion to Intervene, Proposed Intervening Complaint, and the Proposed Order, and all have voiced their consent to LUBA Casualty Insurance Company's Intervention.

Prepared by:

  /s/ Joshua M. Lewis_____
Joshua M. Lewis (#103770)
427 Chemin Metairie Road
Youngsville, LA. 70592
(337) 552-2057
(225) 341-8162 (fax)

1