**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN MISSISSIPPI
JACKSON DISTRICT**

**TINA SCOTT,**

    **Plaintiff,**

vs.

        **No. 3:20-CV-590 DPJ FKB**

        **JURY DEMANDED**

**PAT SALMON & SONS, INC.; TRISAL
LEASING COMPANY, INC.; CARL WILSON;
JOHN DOE PERSONS A-M; AND JOHN DOE
ENTITIES N-Z**

    **Defendants.**

## NOTICE OF SETTLEMENT

Come now the Defendants, by and through counsel, and notify the Court, in accordance with the Federal Rules of Civil Procedure and Local Rules of this Court, that all claims of the Plaintiffs have been compromised and settled, and that the parties will be submitting a proposed Joint Stipulation of Dismissal as to all matters pending before the court as soon as possible.

    Respectfully submitted,

    **s/ Carl Wyatt**
    CARL WYATT, #12304
    **Glassman, Wyatt, Tuttle & Cox P.C.**
    26 North Second Street
    Memphis, TN  38103
    P: (901) 527-2143
    F: (901) 527-5320
    cwyatt@gwtclaw.com
    GWTC File No. 19-091Z

1

## CERTIFICATE OF SERVICE

      A true and correct copy of the foregoing pleading has been properly filed and served, on the 4th day of December, 2020, via the Court's ECF System, Email and/or United States Mail, postage prepaid upon the following:

Jay Kilpatrick
Jared A. Kobs
Benjamin Philley
**Kobs & Philley, PLLC**
PO Box 2230
Madison, Mississippi 39130-2230

Joshua M. Lewis
427 Chemin Metairie Road
Youngsville, LA 70592

                                              **s/ Carl Wyatt**
                                              Carl Wyatt