**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**TINA SCOTT,**

     **Plaintiff,**

**vs.**

                     **No. 3:20-CV-590 DPJ FKB**

                     **JURY DEMANDED**

**PAT SALMON & SONS, INC.; TRISAL**
**LEASING COMPANY, INC.; CARL WILSON;**
**JOHN DOE PERSONS A-M; AND JOHN DOE**
**ENTITIES N-Z**

     **Defendants.**

**AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

Upon a joint motion, *ore tenus*, of all parties to dismiss this action with prejudice, the Court, having been notified by the parties that this cause has been fully compromised and settled, that there remain no issues to be litigated by or between the parties, and that the parties have consented to the entry of this Judgment and have agreed that the Complaint and the Intervening Complaint should be dismissed with prejudice with each party to bear its own costs, finds that said motion is well taken, and as such:

IT IS, THEREFORE, ORDERED AND ADJUDGED, that:

(1) this action, in its entirety including the Complaint and the Intervening Complaint shall be, and same hereby are, dismissed with prejudice with each party to bear their own costs; and

(2) Plaintiff shall resolve, as part of the agreed settlement between the parties, any

medical or workers compensation liens or outstanding balances held by any medical providers, hospitals, insurers, and/or suppliers that may exist as a result of treatment rendered following the subject accident.

**SO ORDERED AND ADJUDGED** this the 21st day of December, 2020.

s/ *Daniel P. Jordan III*
CHIEF UNITED STATES DISTRICT JUDGE

**AGREED AND APPROVED:**


s/ Carl Wyatt
Carl Wyatt, #104925
**Glassman, Wyatt, Tuttle & Cox, P.C.**
26 N. Second Street
Memphis, TN 38103
cwyatt@gwtclaw.com


s/ Jay Kilpatrick
Jay Kilpatrick, #100136
Jared A. Kobs, #101612
Benjamin K. Philley, #101556
**Kobs & Philley, PLLC**
PO Box 2230
Madison, Mississippi 39130-2230
jkilpat@kobsphilley.com


s/ Joshua Lewis
Joshua M. Lewis, #103770
427 Chemin Metairie Road
Youngsville, LA 70592
joshua@jmlewislaw.com